[No. 4470. Decided February 7, 1903.]

C. A. LOY et al., *Respondents*, v. C. P. COEY, *Appellant*.

Appeal from Superior Court, Spokane County.—Hon. WILLIAM E. RICHARDSON, Judge. Appeal dismissed.

*Moore & Corbett*, for appellant.

*A. J. Laughon*, for respondents.

PER CURIAM.—The respondent moves to dismiss this appeal for the reason that the alleged appeal bond is ineffectual, in that the penalty of said bond, which purports to be an appeal and supersedeas bond, is not double the amount of the judgment and $200, required by the statute for bond on appeal. This case falls squarely within the rule announced in *Pierce v. Willeby*, 20 Wash. 129 (54 Pac. 999); *Town of Sumner v. Rogers*, 21 Wash. 361 (58 Pac. 214); *Galloway v. Tjossem*, 22 Wash. 103 (60 Pac. 129); *Beezley v. Sessions*, 22 Wash. 125 (60 Pac. 130); and *Graham v. American Surety Co.*, 28 Wash. 735 (69 Pac. 365).

The motion will be sustained, and the appeal dismissed.

---

(No. 4577. Decided February 18, 1903.)

STATE OF WASHINGTON on the *Relation of J. N. Moore* v. SUPERIOR COURT OF KING COUNTY, *W. R. Bell, Judge thereof, Respondent.*

*Original Application for Prohibition.*

*John H. Mahan*, for relator.

*James B. Murphy*, for respondent.

PER CURIAM.—This is an application for a writ of prohibition against the superior court of King county in a cause appealed from a justice's court where the amount involved is less than $200. Under the rule announced in *State ex rel. Fuller v. Superior Court of King County, ante*, p. 96, the petition will be denied.